**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 03-6734

RICHARD P. BRENDOFF,

Plaintiff - Appellant,

versus

SERGEANT NELSON; C. LEE HASKINS, Sergeant;
GREGORY MADDOX, Lieutenant; CORPORAL OTIS;
CORPORAL FLINT,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Andre M. Davis, District Judge. (CA-00-
331-AMD)

Submitted: September 24, 2003      Decided: October 27, 2003

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ward B. Coe, III, WHITEFORD, TAYLOR & PRESTON, L.L.P., Baltimore,
Maryland, for Appellant. J. Joseph Curran, Jr., Attorney General,
Stephanie Lane-Weber, Assistant Attorney General, Baltimore,
Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Richard Brendoff appeals the district court's order granting Defendants' motion for summary judgment on his 42 U.S.C. § 1983 (2000) complaint alleging excessive use of force in violation of the Eighth Amendment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Brendoff v. Nelson, No. CA-00-331-AMD (D. Md. Mar. 31, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED